1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

8
9

10  F.L. ODINSON CROWELL,                         Case No.  1:14-cv-01724----BAM

11              Plaintiff,                        ORDER DIRECTING CLERK OF THE
                                                 COURT TO ADMINISTRATIVELY
12      v.                                        REDESIGNATE CASE AS A PRO SE
                                                 PRISONER ACTION
13  E. BEELER,
                                                 ORDER VACATING ASSIGNMENT TO
14              Defendant.                        SACRAMENTO DISTRICT JUDGE

15                                               ORDER VACATING INITIAL
                                                 SCHEDULING CONFERENCE AND
16                                               STATUS CONFERENCE

17                                               ORDER REGARDING DISCOVERY AND
                                                 SCHEDULING ORDER
18  _____/

19

20          Plaintiff F.L. Odinson Crowell, a state prisoner, originally filed this civil action through

21  counsel on November 3, 2014.  The action was administratively designated as a regular civil

22  action.  On January 5, 2014, Defendant filed an answer to the complaint.

23          On February 13, 2105, the Court granted Plaintiff's substitution of attorney and Plaintiff

24  now proceeds pro se.  The Court has reviewed the complaint and determined that the present

25  action involves a pro se prisoner litigating the conditions of his prison confinement.

26          Accordingly, it is HEREBY ORDERED as follows:

27      1.  The Clerk of the Court SHALL change the administrative designation of the present

28          case  to  reflect  that  of  a  pro  se  prisoner  litigating  the  conditions  of  his  prison

1    confinement;

2       2.   The Order Assigning Action to Sacramento District Judge is VACATED;

3       3.   The Initial Scheduling Conference set for April 7, 2015, is VACATED;

4       4.   The Status Conference set for March 10, 2015, is VACATED; and

5       5.   The clerk shall issues a Discovery and Scheduling Order in this matter.

6

7   IT IS SO ORDERED.

8       Dated:   __February 13, 2015__          ___/s/ *Barbara A. McAuliffe*___

9                                        UNITED STATES MAGISTRATE JUDGE

2