UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. L. ODINSON CROWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. BEELER,<br><br>　　　　　Defendant. | 1:14-cv-01724-BAM (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS<br>(ECF No. 15) |

　　　Plaintiff F. L. Odinson Crowell ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 3, 2014, through then-retained legal counsel. The full filing fee was paid for this action. (ECF No. 1.) On February 13, 2015, the Court substituted Plaintiff in pro per in place of his legal counsel. (ECF No. 11.)

　　　On February 23, 2015, Plaintiff filed the instant action to proceed without prepaying fees or costs for this action. (ECF No. 15.) As Plaintiff has paid the necessary filing fee for this action, his application to proceed without prepaying fees or costs is HEREBY DISREGARDED.

IT IS SO ORDERED.

　　　Dated:　**March 2, 2015**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1